In the Matter of Claim for Benefits under Article 18 of the Labor Law Made by LLOYD H. WHITEHEAD, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Appellant; WHEELAN STUDIOS, Employer; DIVISION OF PLACEMENT AND UNEMPLOYMENT INSURANCE, Respondents.— Appeal from an order denying petitioner's application for unemployment insurance. His employment for eleven months of the base year 1937 was outside the State of New York. The decision

should be affirmed. Decision unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.